IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD M. WILLIAMS, | No. CIV S-07-1345-FCD-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| J.F. SALAZAR, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court are petitioner's motions for default judgment (Docs. 22 and 23). In his motions, petitioner seeks "judgment by default" based on respondent's failure to respond to the petition. Before a party may obtain default judgment, the party must first obtain entry of default by the Clerk of the Court. See Fed. R. Civ. P. 55. Because petitioner has not previously sought entry of default, the court construes plaintiff's motion as such a request. Here, entry of default is not appropriate because respondent's response to the petition is not yet due. By order issued on October 1, 2007, the court extended the due date for the response to October 24, 2007.

///

1

Accordingly, IT IS HEREBY ORDERED that petitioner's motions for default judgment (Docs. 22 and 23) are construed as a motion for entry of default by the Clerk of the Court and, so construed, petitioner's motions are denied.

DATED: October 15, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE