IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD M. WILLIAMS, | No. CIV S-07-1345-FCD-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| J.F. SALAZAR, | |
| Respondent. | |
| _____/ | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for default judgment (Doc. 27). In his motions, petitioner seeks "judgment by default" based on respondent's failure to respond to the petition. Before a party may obtain default judgment, the party must first obtain entry of default by the Clerk of the Court. See Fed. R. Civ. P. 55. Because petitioner has not previously sought entry of default, the court construes plaintiff's motion as such a request. Here, entry of default is not appropriate because respondent's response to the petition is not yet due. By order issued on October 22, 2007, the court extended the due date for the response to November 26, 2007.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for default judgment (Doc. 27) is construed as a motion for entry of default by the Clerk of the Court and, so construed, petitioner's motion is denied.

DATED: October 31, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE