IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD M. WILLIAMS, | No. CIV S-07-1345-FCD-CMK-P |
|     Petitioner, | |
|   vs. | ORDER |
| J.F. SALAZAR, | |
|     Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for default judgment (Doc. 32). In his motions, petitioner seeks "judgment by default" based on respondent's failure to respond to the petition. Before a party may obtain default judgment, the party must first obtain entry of default by the Clerk of the Court. See Fed. R. Civ. P. 55. Because petitioner has not previously sought entry of default, the court construes plaintiff's motion as such a request. Here, entry of default is not appropriate because respondent's response to the petition is not yet due. By order issued on November 19, 2007, the court extended the due

/ / /

/ / /

1

date for the response to December 26, 2007.[1]

The court observes this is the third such motion petitioner has filed before the response was due. Further requests for entry of default or default judgment filed before the due date for respondent's response to the petition shall be disregarded without written order.

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for default judgment (Doc. 32) is construed as a motion for entry of default by the Clerk of the Court and, so construed, petitioner's motion is denied.

DATED: November 30, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

---

[1] While petitioner recognizes that the court has granted respondent an extension of time to December 26, 2007, to respond to the petition, petitioner argues that the court should not have granted the extension.

2