IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD M. WILLIAMS,** | 2:07-CV-01345 FCD CMK P |
| Petitioner, | **ORDER** |
| v. | |
| **J.F. SALAZAR,** | |
| Respondent. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before January 25, 2008.

DATED: December 27, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE