IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD M. WILLIAMS, | No. CIV S-07-1345-FCD-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| J.F. SALAZAR, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Judgment of dismissal was entered on May 12, 2008. Pending before the court is petitioner's motion for an extension of time to file a notice of appeal and request for a certificate of appealability. Good cause appearing therefore, the request is granted. See Fed. R. App. P. 4(a)(5)(A). Petitioner may file a notice of appeal and request for a certificate of appealability by July 11, 2008. See Fed. R. App. P. 4(a)(5)(C).

IT IS SO ORDERED.

DATED: June 10, 2008

　　　　　　　　　　　　　　　　　　　/s/ Craig M. Kellison
　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1